FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-0711
_____

JENNIFER GREER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Proceeding.


February 5, 2025


PER CURIAM.

Having failed to receive a response to the order dated August 30, 2024, the court dismisses the petition for belated appeal as moot.

ROWE, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jennifer Greer, pro se, Petitioner.